# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | |
|---|---|
| ARLIE TUCKER, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 6:22-cv-03285-SRB<br>) Case No. 6:22-cv-03288-SRB |
| BPS DIRECT, LLC, | )<br>) |
| Defendant. | )<br>)<br>) |

## ORDER

Before the Court is Defendant BPS Direct, LLC's ("Defendant") Unopposed Motion to Consolidate. (Doc. #17.) Upon review, the motion is GRANTED.

Accordingly, it is hereby ORDERED that Case No. 6:22-cv-03285-SRB and Case No. 6:22-cv-03288-SRB are hereby CONSOLIDATED, and all future filings should be made in Case No. 6:22-cv-03285-SRB.

Plaintiff's deadline to file a consolidated complaint will be 30 days from the date of this Order. The deadline for Defendants to file a responsive pleading will be 30 days after Plaintiff files a consolidated complaint, or, if no consolidated complaint is filed, 60 days after the date of this Order. If the Defendants choose to file a motion to dismiss, Defendants are permitted 25 pages for their suggestions in support. Plaintiff will be allowed 25 pages for a response, and Defendant will have 12 pages for its reply.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: January 17, 2023